

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: | § | No. 08-17-00179-CR |
| | § | ORIGINAL PROCEEDING |
| PHILLIP FORD, | § | ON PETITION FOR WRIT OF |
| RELATOR. | § | |
| | § | MANDAMUS |

## **J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of mandamus against the 292nd District Court of Dallas County, Texas, and concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 29TH DAY OF NOVEMBER, 2017.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.